AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>EARLE S. BANKS, SR.<br>(Wherever Found)<br><br>*Defendant* | )<br>)<br>)  Case No.  3:23-CR-34-CWR-FKB<br>)<br>)<br>) |

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAY 16 2023
ARTHUR JOHNSTON

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☑ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | Thad Cochran U. S. Courthouse<br>501 E. Court Street<br>Jackson, Mississippi 39201 | Courtroom No.: 5-D |
|---|---|---|
| | | Date and Time:  05/04/2023 2:30 pm |

This offense is briefly described as follows:
WILLFULLY MAKING A FALSE MATERIAL STATEMENT ON A FEDERAL INCOME TAX RETURN.

Date: 04/14/2023

ARTHUR JOHNSTON, CLERK

*K Schutz*
*Issuing officer's signature*

K. Schutz, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons      ☐ Returned this summons unexecuted

Date: 5/4/23

*Joshua Shipp*
*Server's signature*

DUSM Joshua Shipp
*Printed name and title*