IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
3 - NORTHERN DIVISION (Jackson)

| | | |
|---|---|---|
| UNITED STATES | | PLAINTIFF |
| VERSUS | CRIMINAL NO: | 3:23cr34CWR-FKB-01 |
| EARLE S. BANKS, SR. | | DEFENDANT |

NOTICE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that  James L. Tucker  has been assigned as Probation Officer for Defendant  EARLE S. BANKS, SR.  and should be noticed of all future pleadings by adding as an Interested Party to said case.

OR

NOTICE OF CHANGE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that _____ has been assigned as Probation Officer for Defendant _____ and should be noticed of all future pleadings by adding as an Interested Party to said case. Probation Officer _____ is no longer assigned to this defendant and should be terminated as an Interested Party for notice.

MARK D. QUARLES
CHIEF U.S. PROBATION OFFICER

By: _____
Digitally signed by Kevin Wright
Date: 2023.05.18 16:56:17 -05'00'