IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:23-cr-34-CWR-FKB

EARLE S. BANKS, SR.

## ORDER

Before the Court for consideration is an Unopposed Motion to Authorize the Clerk of Court to Accept Prejudgment Payments [Dkt. 17]. The Court having considered the same and being fully advised in the premises finds the motion is well taken and should be GRANTED. It is therefore:

ORDERED AND ADJUDGED, pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to receive funds before the Court's judgment is issued or docketed in the instant case in anticipation of monetary penalties, including special assessment, restitution, fine, or other monetary penalty.

IT IS FURTHER ORDERED pursuant to 28 U.S.C. § 2042, that the Clerk of Court, upon receipt of such funds, shall await further order of the Court for the withdrawal and application of such funds to any monetary penalties imposed against the Defendants upon entry of judgment.

*s/ Carlton W. Reeves*
HONORABLE CARLTON W. REEVES
UNITED STATES DISTRICT JUDGE