IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  CRIM. NO.: 3:23-CR-34-CWR-FKB

**EARLE S. BANKS, SR.**

## ORDER

THE COURT, having this day heard and considered the joint *ore tenus* Motion of the attorneys for the United States of America and the Defendant, finds that the Motion is well-taken and should be granted. Prior to sentencing, the Defendant paid $115,000.00 into the treasury of the Court to be paid towards restitution, with the understanding that if the restitution was less than that amount, the remainder should be transferred to the IRS to be paid toward any civil debt owed to the IRS. At sentencing, the Court ordered the Defendant to pay $84,766.00 in restitution and a $100.00 special assessment. The remaining amount is $30,134.00. The Court therefore orders that the Clerk's office shall remit the remaining $30,134.00 currently held in its custody to:

**United States Department of Treasury**
Internal Revenue Service
IRS-RACS
Attn: Mail Stop 6261, Restitution
Kansas City, MO 64108

as payment toward any and all outstanding taxes owed by the Defendant's business, Autumn Woods Memorial Gardens, Inc., EIN# 640928164.

SO ORDERED this the 9th day of January 2024.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT COURT JUDGE

Agreed:

*/s/Charles W. Kirkham*_____
Charles W. Kirkham
Assistant United States Attorney, MSB # 102022

*/s/Robert B. McDuff*_____
Robert B. McDuff
Counsel for the Defendant, MSB # 2532